IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT ROCKY RODRIGUEZ,
    Petitioner,

vs.                              Case No. 3:08cv293/RV/EMT

WALTER A. McNEIL,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 25, 2009 (Doc. 20). The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Respondent's amended motion to dismiss (Doc. 11) is **GRANTED**.

3. The amended petition for writ of habeas corpus (Doc. 5), challenging the judgment of conviction and sentence entered in Escambia County Circuit Court Case No. 2005-CF-001701A, is **DISMISSED** with prejudice as untimely.

**DONE AND ORDERED** this 24th day of April, 2009.

                /s/ *Roger Vinson*
                **ROGER VINSON**
                **SENIOR UNITED STATES DISTRICT JUDGE**